UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN RICKS INDIVIDUALLY AND IN HER CAPACITY AS PARENT, GUARDIAN AND NEXT FRIEND OF HER CHILDREN, KR AND HR, MINORS, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BRANDON SETH RICKS, DECEASED | * * * * * * * * * | CIVIL ACTION NO. 16-2593 JUDGE NANNETTE JOLIVETTE BROWN MAG. JUDGE MICHAEL B. NORTH |
| VERSUS | * * | |
| ROLLS-ROYCE CORPORATION | * * | |

* * * * * * * * * * * * * * * * * * * * * * *

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Defendant Rolls-Royce Corporation submits the following disclosure statement:

Rolls-Royce Corporation is a corporation organized under laws of the State of Delaware, with its principal place of business in Indianapolis, Indiana, and whose parent corporation is Rolls-Royce plc, a company incorporated in the United Kingdom with its headquarters in London, England.

1

Respectfully Submitted:

s/ *Kevin R. Tully*
**KEVIN R. TULLY -Bar #1627, T.A.**
**krtully@christovich.com**
**H. CARTER MARSHALL - Bar #28136**
**hcmarshall@christovich.com**
**Christovich & Kearney, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Telephone: 504-561-5700
**Attorneys for Rolls-Royce Corporation**

## CERTIFICATE

I hereby certify that a copy of the forgoing has been filed via CM/ECF for electronic distribution to all counsel of record on the 20th of May 2016.

*s/ Kevin R. Tully*
**KEVIN R. TULLY**
**H. CARTER MARSHALL**

4819-1865-4258, v. 1

2